**Opinion issued May 28, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00211-CV

————————————

## OMONIEFE MARY BAZUNU, Appellant

## V.

## MONEYGRAM PAYMENT SYSTEMS, INC., Appellee

---

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Case No. 2014-46325

---

## MEMORANDUM OPINION

Appellant, Omoniefe Mary Bazunu, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts

of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  *See* TEX. R. APP. P. 5; 42.3(b).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.